An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE BOARD OF CONTINUING LEGAL EDUCATION TO CHANGE THE STATUS OF CERTAIN MEMBERS OF THE STATE BAR OF NEVADA FROM ACTIVE TO CLE SUSPENDED UNDER SUPREME COURT RULES 205-215 INCLUSIVE, AND, AS TO CERTAIN INACTIVE, SUSPENDED, DISABLED AND DISBARRED MEMBERS, TO CONDITION THEIR RIGHTS OF REINSTATEMENT. | No. 63647 <br><br> **FILED** <br><br> APR 10 2014 <br><br> TRACIE K. LINDEMAN <br> CLERK OF SUPREME COURT <br> BY_____ <br> CHIEF DEPUTY CLERK |

### *ORDER DISMISSING PETITION AS TO CERTAIN RESPONDENT ATTORNEYS AND GRANTING PETITION AS TO CERTAIN RESPONDENT ATTORNEYS*

On July 23, 2013, the Board of Continuing Legal Education (the Board) filed a petition with this court regarding the status of certain members of the State Bar of Nevada (respondent attorneys) who have failed to comply with various Supreme Court Rules governing continuing legal education. *See* SCR 205-215. Specifically, the Board petitioned this court to order those respondent attorneys who are presently active to show cause why their membership status should not be changed to CLE suspended and, from the date of such change of status, be barred from practicing law in the State of Nevada until reinstated under SCR 212(6) and 213. Further, as to the respondent attorneys who are already inactive, to show cause why the right of reinstatement to active status should not be conditioned upon full compliance with SCR 213, in addition to any conditions of reinstatement already imposed.

SUPREME COURT
OF
NEVADA

(O) 1947A

14-11610

On January 3, 2014, this court entered an order directing various active attorneys to show cause why this court should not grant the Board's petition to change their status from active to CLE suspended and to condition their right to be reinstated upon full compliance with SCR 213.

That order also directed various inactive or suspended members of the State Bar to show cause why this court should not grant the Board's petition to condition their rights to be reinstated to active status upon full compliance with SCR 213, in addition to any condition of reinstatement already imposed or which may hereafter be imposed.

On January 3, 2014, January 27, 2014, February 4, 2014, February 11, 2014, February 20, 2014, March 4, 2014, and March 14, 2014, the Board submitted documents entitled "Consent to Dismissal," informing this court that the following attorneys have satisfied the requirements set forth in SCR 205 through 215 or should otherwise be dismissed:

> David E. Adkins
> Barney C. Ales
> Michael J. Amador, Sr.
> Nicholas A. Boylan
> Jeffrey A. Briggs
> Keith D. Cable
> Rachel M. Crus
> Demetrios A. Dalacas
> Walter B. Fey
> Sean P. Flanagan
> Jacqueline A. Godoy (Gruber)
> Barry S. Goold
> Dale E. Haley
> Gregory M. Heritage
> Terry L. Hutchinson

Susan L. Johnson
Soomi Kim
John W. Kirk
Joel M. Korotkin
Thomas A. Larmore
Elizabeth A. Lawrence
Randall R. Leonard
Joseph A. Lopez
Joseph D. Mabry
Patrick E. McDonald
Nikoll Nikci
Craig H. Norville
Deanna R. Rader
Jericho L. Remitio
Preston P. Rezaee
Grant K. Riley
Mary A. Salamone
Lynn R. Shoen
Christopher T. Smith
Jacob N. Sommer
Kerianne R. Steele
Edward E. Vargas
Michael H. Wilfong

Accordingly, we conclude that these respondent attorneys have completed the requirements for reinstatement under SCR 213, and we dismiss the Board's petition with prejudice as to each of them.

As to the remaining active attorneys who failed to respond to our show cause order entered January 3, 2014, we grant the Board's petition. Accordingly, the status of the following attorneys shall be changed to CLE suspended. Further, the following attorneys must comply

with SCR 115 within the time limits set forth in that rule[1] and their rights of reinstatement shall be conditioned upon full compliance with SCR 213:

Madelene C. Amendola
Tiffany R. Arnold
Starr H. Arvay
Bruce W. Benson
Bart M. Blechschmidt
Michael D. Bluto
Layne J. Butt
Lew W. Carnahan
Eduardo P. Chacon
Andrew B. Clawson
John L. Collins
Jorge G. Corral
Gregory V. Cortese
Matthew B. Crane
Martin G. Crowley
Jasmin L. Dodson
Markus A. Drumm
Anan M. Eldredge
Jason C. Farrington
Jay B. Freedman
Emily S. Fung
Christopher F. Geiger, Jr.
Ronald E. Gillette
Daniel A. Gonzales
Deborah R. Hambleton
Susan A. Harris
Megan C. Hitchcock
Vu V. Ho
Craig F. Jorgenson
John P. Kelleher
Harold Kuehn
Gary S. Lipsman
Nancy T. Lord

---

[1]See SCR 212(5).

Chandan Manansingh
Shawn A. Mangano
Trude I. McMahan
Royle W. Melton
Ryan A. Mendenhal
Jennifer J. Merideth
Amy M. Meyer
Thomas D. Pilkington
Richard S. Ralston
James R. Rosenberger
Efrem A. Rosenfeld
Thomas S. Shaddix
Kevin Lee Smith
Rachael A. Stafford
Tina M. Tran
Gemma Waldron
Cecil A. Wariner
Elizabeth T. Zagajeski

Further, the following inactive attorneys have failed to respond to our show cause order entered January 3, 2014. Accordingly, we grant the Board's petition to condition the right of each to be reinstated to active status upon full compliance with SCR 213, in addition to any conditions of reinstatement already imposed or which may hereafter be imposed:

Cynthia R. Follis
Valerie A. Macris
Travis B. Raymond

Finally, the following suspended, disabled, or disbarred attorneys have failed to respond to our show cause order entered January 3, 2014. Accordingly, we grant the Board's petition as to the following suspended, disabled, or disbarred attorneys. Their right to be reinstated to the active practice of law shall be conditioned upon full compliance with

SCR 212(6) and 213, in addition to any conditions of reinstatement already imposed upon them:

> John R. Clarkson
> Randolph H. Goldberg
> Teresa A. Suter Horvath

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.        _____, J.
Pickering                                     Hardesty

_____, J.        _____, J.
Parraguirre                                Douglas

_____, J.        _____, J.
Cherry                                       Saitta

cc:    Toni Sarocka, Executive Director, Board
          of Continuing Legal Education
      Harriet E. Cummings, Chair, Board of
          Continuing Legal Education
      Kimberly K. Farmer, Executive Director
          State Bar of Nevada/Las Vegas
      David Clark, Bar Counsel, State Bar of
          Nevada/Las Vegas
      Mary Jorgensen, Member Services Coordinator,
          State Bar of Nevada/Las Vegas
      All respondent attorneys